IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | :Case No.   3:19-CR-98 (5) | |
| vs. | :HONORABLE THOMAS M. ROSE | |
| RALPH JACKSON III, James | : | |
| Defendant | : | |

---

## ORDER AMENDING BOND CONDITIONS

---

For good cause shown, the Court hereby amends the bond conditions filed in this matter on November 25, 2019 and removes the following condition:

1. *Participate in one of the following location restriction programs and abide by all the requirements of the program which will include electronic monitoring. Home Incarceration.*

Adding:

1. *Participate in one of the following location restriction programs and abide by all the requirements of the program which will include electronic monitoring. Curfew.*

All other bond conditions remain in full force and effect.

Date:06/15/2021

HONORABLE THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE